**STEVEN J. ROTHANS – State Bar No. 106579**
**JONATHAN D. REDFORD – State Bar No. 230389**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19ᵗʰ Floor**
**Los Angeles, CA  90071**
**(213) 228-0400**
**(213) 228-0401 [Fax]**
**srothans@crdlaw.com; jredford@crdlaw.com**

Attorneys for Defendant CITY OF POMONA, a public entity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SERRANO III, an individual, AMADO F. SUAREZ, an individual, JOSE LUIS JUAREZ, and an individual, | ) Case No. |
| | ) |
| | ) **NOTICE OF REMOVAL OF** |
| | ) **ACTION** |
| | ) |
| Plaintiffs, | ) **[28 U.S.C. § 1441 (b) & (c)** |
| | ) **(FEDERAL QUESTION)]** |
| vs. | ) |
| | ) |
| POLICE CHIEF MICHAEL ELLIS, in his individual and official capacity, CITY OF POMONA, a municipal entity; POMONA POLICE OFFICER GARRET M. DULONG; and DOES 1 through 25, inclusive, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CITY OF POMONA, a public entity, hereby removes to the United States District Court, Central District of California the state court action described below.

1. On or about December 27, 2022, an action was commenced in the Superior Court of the State of California, in and for the County of Los Angeles, entitled <u>ROBERT SERRANO III, et al. v. POLICE CHIEF MICHAEL ELLIS, et al.</u>, as case number 22PSCV03084, a copy of which is attached hereto as **Exhibit "A"**.

2. On January 12, 2023, Defendant CITY OF POMONA was served with a copy of the state court Summons and Complaint.  A copy of the Summons reflecting the Defendant's date of receipt is attached hereto as **Exhibit "B"**.

3. This action is a civil action of which the United States District Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to such Court by Defendant CITY OF POMONA pursuant to the provisions of 28 U.S.C. § 1441 (b) and (c), in that it is founded on multiple claims and rights arising under 42 U.S.C. § 1983.

4. As of the date of the filing of this Notice, counsel has not been informed that any of the other named defendants in this matter [Chief Michael Ellis; Officer Garret Dulong] have been served in this matter, which obviates the need for a Joinder of Notice of Removal of Action.

DATED:  February 10, 2023                    CARPENTER, ROTHANS & DUMONT LLP


By: */s/: Jonathan D. Redford*
    STEVEN J. ROTHANS
    JONATHAN D. REDFORD
    Attorneys for Defendant
    CITY OF POMONA, a public entity

NOTICE OF REMOVAL OF ACTION